IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

BLAKE ROBERT HOBBS,

                      Plaintiff,

vs.                                            Case No.13-CV-673-CVE-FHM

RUI ZHAO, doing business as R&M
EXPRESS, and NORTHLAND
INSURANCE COMPANY,

                      Defendants.

## OPINION AND ORDER

      Plaintiff's Motion to Compel, [Dkt. 10], is DENIED. Defendant's response to the Motion to Compel asserts that the motion is moot. The time has long passed for filing a reply and Plaintiff has not filed a reply brief challenging that assertion. The undersigned therefore concludes that the motion should be denied.

      SO ORDERED this 7th day of January, 2014.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE