IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BLAKE ROBERT HOBBS,<br><br>       Plaintiff,<br><br>vs.<br><br>RUI ZHAO, doing business as R&M EXPRESS, and NORTHLAND INSURANCE COMPANY,<br><br>       Defendants. | Case No.13-CV-673-CVE-FHM |

## OPINION AND ORDER

Plaintiff's Motion to Compel, [Dkt. 10], is DENIED. Defendant's response to the Motion to Compel asserts that the motion is moot. The time has long passed for filing a reply and Plaintiff has not filed a reply brief challenging that assertion. The undersigned therefore concludes that the motion should be denied.

SO ORDERED this 7th day of January, 2014.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE