# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BLAKE ROBERT HOBBS<br><br>                            Plaintiff,<br>v.<br><br>(1) RUI ZHAO, d/b/a R 7 M EXPRESS,<br>(2) NORTHLAND INSURANCE COMPANY,<br>(3) GRAND EXPRESS CORP., and<br>(4) AMAZON.COM, INC.<br><br>                            Defendants. | Case No. 4:13-CV-673-CVE-FHM |

## ORDER

NOW on this 23rd day of December, 2014, comes on before me, the undersigned Judge of the United States District Court, Defendant Amazon.com, Inc.'s Unopposed Request for Extension of Time to Identify Experts and Provide Reports. [Dkt. #101]. The court being fully advised in the premises and finding no objection, finds that the same should be granted:

IT IS THEREFORE ORDERED, ADJUSTED AND DECREED by the Court that the deadline for identification and reports of its experts of Defendant Amazon.com, Inc. is extended to December 31, 2014.

Dated this 29th day of December, 2014

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE