# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) BLAKE ROBERT HOBBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-CV-00673-CVE-FHM |
| | ) | |
| (1) RUI ZHAO, doing business as R&M EXPRESS, | ) ) | |
| (2) NORTHLAND INSURANCE COMPANY | ) ) | |
| (3) GRAND EXPRESS CORP., and | ) | |
| (4) AMAZON.COM, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

This matter comes before the Court upon Defendant Rui Zhao d/b/a R&M Express' Unopposed Motion for Extension of Time to Identify Experts and Provide Reports [Document No. 103]. The Motion is hereby GRANTED.

**IT IS ORDERED** that Defendant Rui Zhao d/b/a R&M Express is hereby granted a two (2) week extension of time, or until January 12, 2015, to exchange the expert witness report of Rick Varner.

Dated this 29th day of December, 2014.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE